UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **ALEX GOLDOVSKY, et al.** *Plaintiffs* | § § § |
| v. | § § CASE NO. 6:24-CV-00159 |
| **MAURICIO J. RAULD, et al.** *Defendants*. | § § § § |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Derek Gilliland. ECF No. 96. The report recommends that Defendants Timothy B. Gertz and PV Advisors, PLC's Motion to Dismiss for Lack of Jurisdiction (ECF No. 24) be **DENIED** and that Defendant Citizens & Northern Bank's Motion to Dismiss for Lack of Jurisdiction (ECF No. 34) be **GRANTED.** The report and recommendation was filed on February 28, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

The Gertz defendants filed objections on March 13, 2025. ECF No. 97. Plaintiffs also filed objections on March 14, 2025. The Court has conducted a *de novo* review of the motion, the

responses, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek Gilliland, ECF No. 96, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Gertz and PV Advisors Motion (ECF No. 24) is **DENIED.**

**IT IS FURTHER ORDERED** that C&Ns Motion to dismiss for lack of jurisdiction (ECF No. 34) is **GRANTED.**

**SIGNED** this 27th day of March, 2025.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**