IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALEX GOLDOVSKY, et al.,<br>*Plaintiffs,*<br><br>v.<br><br>MAURICIO J. RAULD, et al.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:24-CV-00159-ADA-DTG |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland (Dkt. 129) regarding Plaintiffs, Alex Goldovsky, Glynn Frechette, John Krupey, and Kristin Scharf's motion for class certification (Dkt. 71). The report and recommendation was filed on September 26, 2025. Judge Gilliland recommended that the District Court **DENY** the motion for class certification. This Court hereby adopts Judge Gilliland's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on October 10, 2025 (Dkt. 133). The Court has conducted *de*

*novo* review of the Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 129) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' objections are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiffs' motion for class certification (Dkt. 71) is **DENIED.**

**SIGNED** this 16th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE